UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Donald L. Lowthian, | Civil 05-151 PAM/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Social Security Administration, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 31, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is dismissed.

DATED: September 26, 2005.        s/ Paul A. Magnuson
at St. Paul, Minnesota                     JUDGE PAUL A. MAGNUSON
                                                       United States District Court